B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Central District of California-SFV Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schwartzman, David** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**xxx-xx-9036** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**113 No. San Vicente Blvd., Third Floor**<br>**Beverly Hills, CA 90211**<br>ZIP CODE **90211-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (1/08)          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**David Schwartzman** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____ **June 1, 2009**<br>   Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

   _____<br>
   (Name of landlord that obtained judgment)

   _____<br>
   (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

B1 (Official Form 1) (1/08)  Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**David Schwartzman** |
|---|---|
|  | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>**June 1, 2009**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br>X _____<br>Signature of Attorney for Debtor(s)<br>**Victor A. Sahn 97299**<br>Printed Name of Attorney for Debtor(s)<br>**SulmeyerKupetz**<br>Firm Name<br>**333 South Hope Street**<br>**35th Floor**<br>**Los Angeles, CA 90071-1406**<br>Address<br>**213.626.2311 Fax:213.629.4520**<br>Telephone Number<br>**June 1, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | |

B1 (Official Form 1) (1/08)                            Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**David Schwartzman** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X */signature/*<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>**June 1, 2009**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| X */signature of Attorney/*<br>Signature of Attorney for Debtor(s)<br>**Victor A. Sahn 97299**<br>Printed Name of Attorney for Debtor(s)<br>**SulmeyerKupetz**<br>Firm Name<br>**333 South Hope Street**<br>**35th Floor**<br>**Los Angeles, CA 90071-1406**<br>Address<br>**213.626.2311 Fax:213.629.4520**<br>Telephone Number<br>**June 1, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Signature of Non-Attorney Bankruptcy Petition Preparer<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>_____<br>Date |
| Signature of Debtor (Corporation/Partnership)<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California-SFV Division

In re  David Schwartzman  
Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GE Business Financial Services, Inc<br>Attn: Ingrid Carlino<br>500 W. Monroe Street<br>Chicago, IL 60661 | Attn: Ingrid Carlino<br>GE Business Financial Services, Inc<br>500 W. Monroe Street<br>Chicago, IL 60661<br>Ingrid Carlino 312/441-7000 | | | 32,000,000.00 |
| Capmark Finance, Inc.<br>Attn: Sheila Neumann<br>6955 Union Park Centre, Ste. 450<br>Midvale, UT 84047 | Attn: Sheila Neumann<br>Capmark Finance, Inc.<br>6955 Union Park Centre, Ste. 450<br>Midvale, UT 84047<br>Sheila Neumann 801/233-2018 | | | 18,900,000.00 |
| Central Pacific Bank<br>Attn: Curtis Chinn<br>220 South King Street<br>Honolulu, HI 96813 | Attn: Curtis Chinn<br>Central Pacific Bank<br>220 South King Street<br>Honolulu, HI 96813<br>Curtis Chinn 808/255-7383 | | | 11,400,000.00 |
| Preferred Bank<br>Attn: Anna Choi<br>3926 Grand Avenue, Suite E<br>Chino, CA 91710 | Attn: Anna Choi<br>Preferred Bank<br>3926 Grand Avenue, Suite E<br>Chino, CA 91710<br>Anna Choi 909/631-2328 | | | 11,348,000.00 |
| Comerica Bank<br>Attn: Steve Lekovsky<br>2000 Ave of the Stars, Ste. 210<br>Los Angeles, CA 90067 | Attn: Steve Lekovsky<br>Comerica Bank<br>2000 Ave of the Stars, Ste. 210<br>Los Angeles, CA 90067<br>Steve Lekovsky 310/557-4052 | | | 10,441,000.00 |
| Cathay Bank<br>Attn: Eddie Chang<br>9650 Flair Drive, 7th Fl.<br>El Monte, CA 91731 | Attn: Eddie Chang<br>Cathay Bank<br>9650 Flair Drive, 7th Fl.<br>El Monte, CA 91731<br>Eddie Chang 626/279-3710 | | | 9,230,449.00 |
| First Regional Bank<br>Attn: Deni Schultz<br>515 Flower Street, Ste. 1200<br>Los Angeles, CA 90071 | Attn: Deni Schultz<br>First Regional Bank<br>515 Flower Street, Ste. 1200<br>Los Angeles, CA 90071<br>Deni Schultz 213/683-1776 | | | 6,160,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **David Schwartzman**                                                                Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ziegler Family Trust<br>Attn: Richard A. Corleto, Trustee<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436 | Attn: Richard A. Corleto, Trustee<br>Ziegler Family Trust<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436<br>Richard Corleto 818/907-6677 | | | 5,764,642.00 |
| East-West Bank<br>Attn: Jason Tsai<br>135 N. Los Robles Ave., 7th Fl.<br>Pasadena, CA 91101 | Attn: Jason Tsai<br>East-West Bank<br>135 N. Los Robles Ave., 7th Fl.<br>Pasadena, CA 91101<br>Jason Tsai 626/768-6206 | | | 2,500,000.00 |
| Countrywide Bank FSB<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | Countrywide Bank FSB<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | | | 2,238,288.24 |
| Paul, Hastings, Janofsky & Walker<br>c/o Robert Keane<br>515 So. Flower St., 25th Fl.<br>Los Angeles, CA 90071 | c/o Robert Keane<br>Paul, Hastings, Janofsky & Walker<br>515 So. Flower St., 25th Fl.<br>Los Angeles, CA 90071<br>Robert Keane (213) 683-6341 | | | 1,270,000.00 |
| GCRE III LLC<br>Attn: Tom McGarrity<br>1350 Avenue of the Americas<br>New York, NY 10019 | Attn: Tom McGarrity<br>GCRE III LLC<br>1350 Avenue of the Americas<br>New York, NY 10019<br>Tom McGarrity 617/428-8714 | | | 1,000,000.00 |
| Jerry & Jon Monkarsh<br>9061 Santa Monica Blvd.<br>West Hollywood, CA 90069 | Jerry & Jon Monkarsh<br>9061 Santa Monica Blvd.<br>West Hollywood, CA 90069<br>310/278-1820 | | | 932,500.00 |
| Optical Communication Products, Inc<br>Attn: Controller<br>6101 Variel Avenue<br>Woodland Hills, CA 91367 | Attn: Controller<br>Optical Communication Products, Inc<br>6101 Variel Avenue<br>Woodland Hills, CA 91367 | | | 625,000.00 |
| US Bank<br>PVT Client Group-Los Angeles, CA<br>PO Box 790179<br>Saint Louis, MO 63179-0179 | US Bank - PVT Client Group- LA CA<br>PO Box 790179<br>Saint Louis, MO 63179-0179<br>800/872-2657 | | | 176,620.86 |
| Bentley Financial Services<br>P.O. Box 60144<br>City Of Industry, CA 91716-0144 | Bentley Financial Services<br>P.O. Box 60144<br>City Of Industry, CA 91716-0144<br>877/237-3878 | | | 75,000.00 |
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026<br>800/789-6685 | | | 11,272.60 |

B4 (Official Form 4) (12/07) - Cont.

In re  David Schwartzman                                  Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mercedes Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290-1680 | Mercedes Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290-1680<br>800/873-5471 | | | 7,900.00 |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000<br>800/297-1300 | | | 4,603.21 |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David Schwartzman, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 1, 2009                          Signature  _/s/ David Schwartzman_____
                                                       David Schwartzman
                                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **San Feliciano Holdings, LLP, a Delaware Limited Liability Company**
    **Case Number** 1:09-bk-16563

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Beverly Hills, California**  , California.

Dated: **June 1, 2009**

_David Schwartzman_
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised May 2004                                                                                                                F 1015-2.1
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                                2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     Victor A. Sahn 97299

Address  333 South Hope Street 35th Floor Los Angeles, CA 90071-1406

Telephone  213.626.2311 Fax: 213.629.4520

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA-SFV DIVISION | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>David Schwartzman | Case No.: |
| | Chapter:  11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  June 1, 2009

David Schwartzman
Signature of Debtor

David Schwartzman
113 No. San Vicente Blvd., Third Floor
Beverly Hills, CA 90211


Victor A. Sahn
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406


OUST-SFV
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


Aon Risk Srvs, Inc.of So.Cal.InsSvc
Attn: Charlene Nakamura-Bond Dept
707 Wilshire Blvd., Ste. 6000
Los Angeles, CA 90017


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bentley Financial Services
P.O. Box 60144
City Of Industry, CA 91716-0144


Capmark Finance, Inc.
Attn: Sheila Neumann
6955 Union Park Centre, Ste. 450
Midvale, UT 84047


Cathay Bank
Attn: Eddie Chang
9650 Flair Drive, 7th Fl.
El Monte, CA 91731


Central Pacific Bank
Attn: Curtis Chinn
220 South King Street
Honolulu, HI 96813


Comerica Bank
Attn: Steve Lekovsky
2000 Ave of the Stars, Ste. 210
Los Angeles, CA 90067

Countrywide Bank FSB
P.O. Box 10219
Van Nuys, CA 91410-0219


E & R Construction & Management, Inc
Mr. Richard Spunt, President
22011 Ventura Boulevard
Woodland Hills, CA 91364


E&R Construction and Management Inc
5825 W Sunset Boulevard
Los Angeles, CA 90028


East-West Bank
Attn: Jason Tsai
135 N. Los Robles Ave., 7th Fl.
Pasadena, CA 91101


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Fidelity National Title Ins. Co.
Attn: Art Cheyne
1300 Dove St., 3rd Fl.
Newport Beach, CA 92660


First Regional Bank
Attn: Deni Schultz
515 Flower Street, Ste. 1200
Los Angeles, CA 90071


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Frandzel, Robbins, Bloom & Csato
Peter Csato /Thomas M. Robins
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048


Gaims Esq, John
Attys for E&R Construction Managem
1875 Century Park East 12th Floor
Los Angeles, CA 90067


GCRE III LLC
Attn: Tom McGarrity
1350 Avenue of the Americas
New York, NY 10019


GE Business Financial Services, Inc
Attn: Ingrid Carlino
500 W. Monroe Street
Chicago, IL 60661


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Jerry & Jon Monkarsh
9061 Santa Monica Blvd.
West Hollywood, CA 90069


Lehman Ali, Inc., a Del corp
c/o Robert Keane, Esq.
Paul, Hastings, Janofsky & Walker
515 South Flower St., 25th Fl.
Los Angeles, CA 90071


Lehman Brothers Holdings Inc.
399 Park Avenue, 8th Fl.
New York, NY 10022

Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY 40290-1680


Noddle Surety & Ins Services Inc.
Attn: David Noddle
19507 Ventura Blvd.
Tarzana, CA 91356


Optical Communication Products, Inc
Attn: Controller
6101 Variel Avenue
Woodland Hills, CA 91367


Paul, Hastings, Janofsky & Walker
c/o Robert Keane
515 So. Flower St., 25th Fl.
Los Angeles, CA 90071


Preferred Bank
Attn: Anna Choi
3926 Grand Avenue, Suite E
Chino, CA 91710


US Bank
PVT Client Group-Los Angeles, CA
PO Box 790179
Saint Louis, MO 63179-0179


US Bank - Private Client Reserve Of
633 W Fifth Street, 29th Fl.
Los Angeles, CA 90071


Ziegler Family Trust
Attn: Richard A. Corleto, Trustee
15760 Ventura Blvd., Ste. 801
Encino, CA 91436