# United States Bankruptcy Court
# Central District Of California

In re:
David Schwartzman

CHAPTER NO.: 11

CASE NO.: 1:09–bk–16565–MT

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Exhibit D
☑ Debtor's Certification of Employment Income

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash–flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash–flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

    Chapter 11    1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: June 1, 2009

**JON D. CERETTO, CLERK OF COURT**

**By: Ellen Holbert**
**Deputy Clerk**

mccdn – 04/2008
(ccdn – rev. 03/24/2008)

3 – 1 / EHS