Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mhoroupian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone:   213.626.2311
Facsimile:    213.629.4520

Attorneys for David Schwartzman,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re

DAVID SCHWARTZMAN,

  Debtor in Possession.

CASE NO. 1:09-bk-16565 MT

Chapter 11

**EXHIBIT "1" TO ORDER AFTER HEARING ON MOTION BY DEBTOR IN POSSESSION FOR APPROVAL OF BUDGET FOR PERSONAL AND BUSINESS EXPENSES**

DATE:   September 16, 2009
TIME:    11:00 a.m.
PLACE: Courtroom 302
             21041 Burbank Boulevard
             Woodland Hills, CA  91367

# EXHIBIT 1



**DAVID SCHWARTZMAN**
**PROFORMA PERSONAL MONTHLY EXPENSES**
**SEPTEMBER 2009 AND FORWARD**

MORTGAGE PAYMENT

| | | |
|---|---|---|
| 1ST | CONTRYWIDE HOME LOANS | 13,247.10 |
| 2ND | JERRY AND JON MONKARSH | 3,850.00 |
| 3RD | JERRY AND JON MONKARSH | 5,124.98 |

$ 22,222.08

UTILITIES

| | PRIOR | REVISED |
|---|---|---|
| GAS (PREVIOUSLY ELECTRIC) | 600 | 181 |
| DWP (PREVIOUSLY WATER) | 750 | 675 |
| PHONE | 205 | 193 |
| OTHER   TV AND INTERNET | 245 | 180 |
| | 1,800.00 | 1,229.00 |

(571.00)   -31.7%

HOME MAINTENANCE (REPAIRS & UPKEEP)

| POOL | 210 |
| HOUSKEEPER | 800 |
| REPAIRS AND SUPPLIES | 200 |
| YARD | 125 |

1,335.00   (45.00)   -17.6%

FOOD....AND ENTERTAINMENT    1,500.00

CLOTHING    200.00

LAUNDRY AND DRY CLEANING    250.00

MEDICAL AND DENTAL    300.00

TRANSPORTATION (NOT INCLUDING CAR PAYMENTS)    650.00

RECREATION, CLUBS AND ENTERTAIN, NEWSPAPERS, MAGAZINES, ETC    160.00   (40.00)   -20.0%

CHARITABLE CONTRIBUTIONS    -

INSURANCE

| | YR | MO |
|---|---|---|
| HOMEOWNER'S | 15,450.00 | 1,287.50 |
| AUTO | 4,430.00 | 369.17 |
| OTHER:  UMBRELL | 1,600.00 | 133.33 |
| | 21,480.00 | 1,790.00 |

1,790.00   (153.83)   -7.9%

TAXES (NOT DEDUCTED FROM WAGES OR IN HOME MORTG PAYMENTS)    2,413.00

INSTALLMENT PAYMENTS:
    AUTO      LOAN    2,985.00
                        -

2,985.00

ALIMONY
PAYMENTS FOR DEPENDENTS NOT LIVING WITH YOU    -

**TOTAL PERSONAL MONTHLY EXPENSES**    $ 35,034.08   $ (809.83)   -2.26%

DWP / GAS CO. / TV AND INTERNET / PHONE / POOL SVC data:

| | 2 MOS | 2 MOS | 2 MOS | 2 MOS | PER MONTH | |
|---|---|---|---|---|---|---|
| DWP | 1104.67 | 1868.83 | 1075.86 | | 537.93 | $ 674.89 |
| PER MONTH | 552.335 | 934.415 | | | | |
| GAS CO. | 125.25 | 223.49 | 193.8 | | | $ 180.85 |
| TV AND INTERNET | | | | | | |
| DIRECT TV | 135.00 | 135.00 | 135.00 | | | $ 135.00 |
| TWC-INTERNET | 44.95 | 44.95 | 44.95 | | | $ 44.95 |
| | | | | | | $ 179.95 |
| PHONE | | | | | | |
| ATT home | 64.47 | 64.39 | 64.39 | | | |
| ATT wireless | 127.94 | 127.47 | 127.63 | | | |
| | 192.41 | 191.86 | 192.02 | | | $ 192.10 |
| POOL SVC | 210 | 210 | 210 | | | $ 210.00 |

**DAVID SCHWARTZMAN**

**PROFORMA MONTHLY BUSINESS EXPENSES**

SEPTEMBER 2009 AND FORWARD

AS OF SEPTEMBER 2009

**SALARIES FOR DS VENTURES**

| | | |
|---|---:|---:|
| COO/CFO | 15,000.00 | |
| LEGAL | 15,000.00 | |
| CONSTRUCTION | 7,000.00 | |
| ACCOUNTING/BOOKEEPER | 3,600.00 | |
| OFFICE | 4,000.00 | |
| PROJECT MGR | 8,000.00 | |
| | - | |
| | | $ 52,600.00 |

**OFFICE EXPENSES FOR DS VENTURES**

| | | |
|---|---:|---:|
| MAIL/SHIPPING | 150.00 | |
| UTILITIES | 1,066.00 | |
| PHONE/INTERNET | 900.00 | |
| XEROX | 240.00 | |
| SUPPLIES | 250.00 | |
| MISC | 750.00 | |
| CONSULTANTS | 10,000.00 | |
| ACCOUNTING/TAX PREPARATION | 5,000.00 | |
| OUTSIDE LEGAL | 15,000.00 | |
| BANKING | 700.00 | |
| | | 34,056.00 |

**INSURANCE**

| | YR | MO | | |
|---|---:|---:|---:|---:|
| HARTFORD | 15,000 | 1,250 | 1,250.00 | |
| WK COMP | - | - | - | |
| LIABILITY | | | - | |
| OFFICE | 35,500 | 2,958.33 | 2,958.33 | |
| | | | | 4,208.33 |

**INTEREST COSTS**

| | | |
|---|---:|---:|
| US BANK-SECURED NOTE | 824.00 | |
| US BANK-SECURED NOTE | 6,947.00 | |
| PLAYA DEL REY LOAN | 5,900.00 | |
| | - | |
| | | 13,671.00 |

**TOTAL MONTHLY BUSINESS EXPENSES**    $ 104,535.33

BUDGET FOR HEARING    133,335.33    **78.40%** OF PRIOR
(28,800.00) cuts    21.60%

3

| In re: | | CHAPTER: 11 |
|---|---|---|
| DAVID SCHWARTZMAN | | |
| | Debtor(s). | CASE NUMBER: 1:09-bk-16565-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **EXHIBIT "1" TO ORDER AFTER HEARING ON MOTION BY DEBTOR IN POSSESSION FOR APPROVAL OF BUDGET FOR PERSONAL AND BUSINESS EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL:** On September 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367-6606

**Office of the United States Trustee**
Katherine Bunker
21051 Warner Center Lane Ste 115
Woodland Hills, CA 91367

**Attorneys for Central Pacific Bank**
Bernard Given, Esq.
Frandzel Robins Bloom & Csato
6500 Wilshire Boulevard, 17th Fl.
Los Angeles, CA 90048

**Attorneys for General Electric Capital Corporation**
Ted A Dillman, Esq.
Peter Gilhuly, Esq.
Latham & Watkins LLP
355 S. Grand Ave.
Los Angeles, CA 90071-1560

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2009 | Andrea Gonzalez | /s/Andrea Gonzalez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**