1  Victor A. Sahn (CA Bar No. 97299)
     vsahn@sulmeyerlaw.com
2  Mark S. Horoupian (CA Bar No. 175373)
     mhoroupian@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
5  Telephone:    213.626.2311
   Facsimile:    213.629.4520
6
   Attorneys for David Schwartzman,
7  Debtor and Debtor in Possession

8

9              UNITED STATES BANKRUPTCY COURT

10    CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

11

12  In re                                    CASE NO. 1:09-bk-16565 MT

13                                           Chapter 11
    DAVID SCHWARTZMAN,
14                                           **CHAPTER 11 DEBTOR'S CASH FLOW
                                             BUDGET SUBSEQUENT TO
15           Debtor in Possession.           DECEMBER 9, 2009 CONTINUED
                                             HEARING ON APPROVAL OF
16                                           OPERATING BUDGET FOR BUSINESS
                                             AND PERSONAL BUDGET**
17
                                             **DATE:** December 9, 2009
18                                           **TIME:**    1:00 p.m.
                                             **PLACE:**  Courtroom 302
19                                                       21041 Burbank Boulevard
                                                         Woodland Hills, CA  91367
20

21

22

23            **COMES NOW,** David Schwartzman as Chapter 11 Debtor and

24  Debtor in Possession and hereby files his operating budgets for his business

25  and for his personal expenses.  They are Exhibit "1" attached hereto.  These

26  budgets are offered in support of the Debtor's request for authorization to

27  continue to operate under the attached budgets subsequent to the hearing

28  scheduled before this Court on December 9, 2009 regarding approval of the

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL 213.626.2311  •  FAX 213.629.4520

1  budgets.  These are the same projected expenses as were utilized

2  subsequent to the hearing on October 28, 2009 before this Court on the

3  Debtor's budget.  It is anticipated that these budgets shall be offered by Mr.

4  Schwartzman as the operating budgets to be utilized under his Plan of

5  Reorganization following confirmation.

6      Beginning in January, 2011, there will no longer be payments to

7  "US Bank in the monthly amount of $6,947.00 and on the Playa Del Rey

8  loan in the monthly amount of $5,900.00.

9      Attached hereto as Exhibit "2" is the official transcript from the

10  last hearing on approval of the Debtor's budgets for the Court's review.

11

12  DATED: November 19, 2009        Respectfully submitted,

13                                  **Sulmeyer**Kupetz
                                    A Professional Corporation
14

15

16                                  By: _____

17                                  Victor A. Sahn
                                    Attorneys for  David Schwartzman,
18                                  Debtor and Debtor in Possession

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "1"**

**DAVID SCHWARTZMAN**
<u>**PROFORMA MONTHLY BUSINESS EXPENSES**</u>
**DECEMBER 2009 AND FORWARD**

**SALARIES FOR DS VENTURES**

| | | |
|---|---:|---:|
| COO/CFO | 15,000.00 | |
| LEGAL | 15,000.00 | |
| CONSTRUCTION | 7,000.00 | |
| ACCOUNTING/BOOKEEPER | 3,600.00 | |
| OFFICE | 4,000.00 | |
| PROJECT MGR | 8,000.00 | |
| | - | |
| | | $ 52,600.00 |

**OFFICE EXPENSES FOR DS VENTURES**

| | | |
|---|---:|---:|
| MAIL/SHIPPING | 150.00 | |
| UTILITIES | 1,066.00 | |
| PHONE/INTERNET | 900.00 | |
| XEROX | 240.00 | |
| SUPPLIES | 250.00 | |
| MISC | 750.00 | |
| CONSULTANTS | 10,000.00 | |
| ACCOUNTING/TAX PREPARATION | 5,000.00 | |
| OUTSIDE LEGAL | 15,000.00 | |
| BANKING | 700.00 | |
| | | 34,056.00 |

| INSURANCE | YR | MO | | |
|---|---:|---:|---:|---:|
| HARTFORD | 15,000 | 1,250 | 1,250.00 | |
| WK COMP | - | - | - | |
| LIABILITY | | | - | |
| OFFICE | 35,500 | 2,958.33 | 2,958.33 | |
| | | | | 4,208.33 |

**INTEREST COSTS**

| | | |
|---|---:|---:|
| US BANK-SECURED NOTE | 824.00 | |
| US BANK-SECURED NOTE | 6,947.00 | |
| PLAYA DEL REY LOAN | 5,900.00 | |
| | - | |
| | | 13,671.00 |

| **TOTAL MONTHLY BUSINESS EXPENSES** | $ 104,535.33 |
|---|---:|

**DAVID SCHWARTZMAN**
**PROFORMA PERSONAL MONTHLY EXPENSES**
**DECEMBER 2009 AND FORWARD**

MORTGAGE PAYMENT

| | | | | |
|---|---|---|---|---|
| 1ST | CONTRYWIDE HOME LOANS | 13,247.10 | | |
| 2ND | JERRY AND JON MONKARSH | 3,850.00 | | |
| 3RD | JERRY AND JON MONKARSH | 5,124.98 | | |
| | | | $ | 22,222.08 |

UTILITIES

| | | |
|---|---|---|
| GAS (PREVIOUSLY ELECTRIC) | 181 | |
| DWP (PREVIOUSLY WATER) | 675 | |
| PHONE | 193 | |
| OTHER    TV AND INTERNET | 180 | |
| | | 1,229.00 |

HOME MAINTENANCE (REPAIRS & UPKEEP)

| | | |
|---|---|---|
| POOL | 210 | |
| HOUSKEEPER | 800 | |
| REPAIRS AND SUPPLIES | 200 | |
| YARD | 125 | |
| | | 1,335.00 |

FOOD.....AND ENTERTAINMENT                                      1,500.00

CLOTHING                                                         200.00

LAUNDRY AND DRY CLEANING                                         250.00

MEDICAL AND DENTAL                                               300.00

TRANSPORTATION (NOT INCLUDING CAR PAYMENTS)                      650.00

RECREATION, CLUBS AND ENTERTAIN, NEWSPAPERS, MAGAZINES, ETC      160.00

CHARITABLE CONTRIBUTIONS                                            -

INSURANCE

| | | YR | MO | |
|---|---|---|---|---|
| HOMEOWNER'S | | 15,450.00 | 1,287.50 | |
| AUTO | | 4,430.00 | 369.17 | |
| OTHER: | UMBRELL | 1,600.00 | 133.33 | |
| | | 21,480.00 | 1,790.00 | 1,790.00 |

TAXES (NOT DEDUCTED FROM WAGES OR IN HOME MORTG PAYMENTS)       2,413.00

MONTHLY AUTO EXPENSE

| | | |
|---|---|---|
| AUTO | 700.00 | |
| | - | |
| | | 700.00 |

ALIMONY                                                            -
PAYMENTS FOR DEPENDENTS NOT LIVING WITH YOU                         -

| **TOTAL PERSONAL MONTHLY EXPENSES** | $ | **32,749.08** |
|---|---|---|

4

# EXHIBIT "2"

ORIGINAL

1               UNITED STATES BANKRUPTCY COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3                        --oOo--

4  In Re:                    ) Case No. SV09-16565-MT
                             )
5  DAVID SCHWARTZMAN,        ) Woodland Hills, California
                             ) Wednesday, October 28, 2009
6        Debtor.             ) 1:00 p.m.
   _____)

7
                             CON'T APPLICATION TO EMPLOY
8                            GOLD & GOLD AS ACCOUNTANT
                             APPLICATION BY DEBTOR AND
9                            DEBTOR IN POSSESSION FOR
                             APPROVAL OF EMPLOYMENT OF GOLD
10                           & GOLD AS ACCOUNTANT;
                             DECLARATION OF DAVID
11                           SCHWARTZMAN IN SUPPORT
                             THEREOF; DECLARATION OF
12                           CHARLES GOLD IN SUPPORT
                             THEREOF, WITH PROOF OF SERVICE
13
                             CONT'D DEBTOR'S MOTION FOR
14                           ORDER; (1) APPROVING DEBTOR'S
                             ORDINARY COURSE BUDGET 2)
15                           GRANTING RELATED RELIEF

16               TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE MAUREEN TIGHE
17            UNITED STATES BANKRUPTCY JUDGE

18 APPEARANCES:

19 For the Debtor:           VICTOR A. SAHN, ESQ.
                             Sulmeyer Kupetz
20                           333 South Hope Street
                             35th Floor
21                           Los Angeles, California 90071
                             (213) 626-2311
22

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.

ii

```
 1  APPEARANCES: Cont'd.)

 2  For Central Pacific Bank:      BERNARD R. GIVEN, II, ESQ.
                                   Frandzel, Robins, Bloom &
 3                                    Csato
                                   6500 Wilshire Boulevard
 4                                 17th Floor
                                   Los Angeles, California 90048
 5                                 (323) 852-1000

 6  For the United States          KATE BUNKER ESQ.
       Trustee:                    Office of the United States
 7                                    Trustee
                                   21051 Warner Center Lane
 8                                 Suite 1105
                                   Woodland Hills, California
 9                                    91367
                                   (818) 610-8800
10
    Court Recorder:                La Tan Marshall
11                                 United States Bankruptcy Court
                                   21041 Burbank Boulevard
12                                 Woodland Hills, California
                                      91367
13
    Transcriber:                   L. L. Francisco
14                                 Echo Reporting, Inc.
                                   6336 Greenwich Drive, Suite B
15                                 San Diego, California 92122
                                   (858) 453-7590
16

17

18

19

20

21

22

23

24

25
```

1

1  WOODLAND HILLS CALIFORNIA WEDNESDAY OCTOBER 28 2009 1:00 PM

2                          --oOo--

3        (Call to order of the Court.)

4            THE COURT:  Schwartzman will be quicker so let's

5  start with that.  That's 27 and 28.

6            MR. GIVEN:  Good afternoon, your Honor, Barney

7  Given on behalf of Central Pacific Bank.

8            MS. BUNKER:  Good afternoon, your Honor, Kate

9  Bunker on behalf of the U.S. Trustee.

10            MR. SAHN:  Your Honor, good afternoon, Victor Sahn

11  of Sulmeyer Kupetz.

12            THE COURT:  Good afternoon everyone.

13            MR. SAHN:  I think we have another temporary peace

14  treaty.  We had a mediation with David Gill a few weeks ago

15  on all of the issues that exist between three Debtors before

16  this Court, David Schwartzman, San Feliciano Holding Company

17  and Riverfront Ventures, LLC.  And also participating in the

18  mediation was the Ziegler (phonetic) Family Trust, who is

19  guarantor on some portion of the indebtedness of the various

20  entities I've mentioned, or at least some of them, to

21  Central Pacific Bank.  The mediation was successful in the

22  sense that the parties arrived at terms and conditions of

23  settlement, payment, transfers of property, or foreclosures

24  on property, different things that would occur to allow this

25  all to happen.  The open issue that may be open for a little

2

1 while longer is a question of due diligence, which Central

2 Pacific needs to do before they're comfortable finalizing

3 the agreements that were discussed and agreed upon otherwise

4 at the mediation.

5       As we go through the due diligence process, which

6 involves the Ziegler Family Trust as much as my clients, we

7 need some more time so that the bank can get comfortable and

8 satisfied with the agreement we've reached.

9       In order to allow for that time, what we'd like to

10 do is first allow for the budget as presented to be

11 implemented without prejudice to the rights of any party for

12 a period of time between today and a day hopefully in

13 December, early December, 36 or more days from today, when

14 we can have a hearing on approval on Mr. Schwartzman's

15 disclosure statement.

16       THE COURT:  It's been filed already so you need a

17 date for the disclosure hearing?

18       MR. SAHN:  That's correct.  And there are two

19 other hearing dates that I think factor in as well.  There

20 was a hearing set for the 26th Monday on the San Feliciano

21 disclosure statement.  And that was continued on the Court's

22 own initiative I believe for about 30 days to a day late in

23 November.

24       MR. GIVEN:  Correct, the 30th.

25       MR. SAHN:  The 30th of November.  So we would like

3

1  that hearing to be moved from the 30th of November to

2  whatever date is chosen for hearing on Mr. Schwartzman's

3  disclosure statement.

4           Finally in the third case, in the Riverfront

5  Ventures' case, there is a hearing before you on November 16

6  at 10:00 a.m., which is the Debtor's motion to have that

7  Debtor accepted from the requirements or provisions of

8  Section 362(d)(3) pertaining to single asset real estate

9  cases.  There is an objection to that motion, which has been

10 filed by the bank.  Rather than come here on the 16th to

11 litigate that matter, that will wind up being dealt with in

12 the settlement, presuming that we get there, and therefore

13 the hearing on that should be continued as well, if it

14 accommodates the Court's calendar, to the same date as the

15 San Feliciano disclosure statement and the Schwartzman

16 disclosure statement.  As to that one and that motion, it

17 would be without prejudice to the rights of any party with

18 regard to the continuance that the new date, if it winds up

19 getting heard, isn't one that can be used either against my

20 client or against the bank for any purpose.  It would be as

21 if the hearing occurred on the 16th.

22           THE COURT:  What's the name of the case that's on

23 for the 16th?

24           MR. SAHN:  It's called Riverfront Ventures, LLC.

25           THE COURT:  Okay, so that's the Riverfront.  I

*Echo Reporting, Inc.*

4

1  just wanted to make sure I have the right name so we can

2  locate them on the calendar.

3          MR. SAHN:  We'll lodge orders on all of this as

4  well if that would be helpful.

5          THE COURT:  Any objection to that?

6          MR. GIVEN:  Your Honor, Barney Given on behalf of

7  Central Pacific Bank.  We certainly believe that that's

8  appropriate.  Mr. Sahn and I have had many many discussions

9  and we've been working actively together to try and get

10  these resolved.  So, again, we would have no objection.  And

11  just an earlier date in December would be better.  Certainly

12  anything beyond that 36 day required period for the

13  Schartzman case on the disclosure statement, but that way we

14  can allow or facilitate the ability to get the settlement

15  consummated.  And, again, just so the Court's clear, and I

16  want to commend the Debtor and their counsel, if that isn't

17  the holdup now it's really the trust unfortunately over whom

18  the Court has no jurisdiction or powers.  And so it's a

19  little dicing difficult.  And since there is going to be it

20  will be all disclosed in a 9099(t) motion an element of debt

21  forgiveness, vis a vis the trust, that otherwise it appears

22  to be solvent to us.  That's why we need to do our due

23  diligence on this capacity to pay issue.  It's not any sort

24  of failure to disclose or hide the bottle on the part of the

25  Debtor or the counsel.  They've been very cooperative.  I

5

1  think that was the bank and its counsel was just a matter of

2  getting that one piece with the trust.  So if we have 40/45

3  days from now it's either going to make or it isn't in that

4  time I feel.

5       THE COURT:  That's fair.  U.S. Trustee do you have

6  any objection?

7       MS. BUNKER:  We have no objection.  It seems

8  logical to have the San Feliciano and the Schwartzman's

9  disclosure hearings hooked together since they're all

10 interrelated.

11      THE COURT:  Well I think that's a good idea.  I

12 have to say once I read the most recent submissions and all

13 your charts and grafts, I wish I had that at the beginning

14 of the case because it made it so much clearer.  And I'm

15 glad that all of these discussions have been productive.

16 And I appreciate all of your professionalism in talking and

17 working through these very complicated issues.  So I feel

18 reassured you're on track to a successful reorganization.  I

19 feel that I have enough information to understand the

20 interrelationship of all the different entities now.  So I'm

21 certainly satisfied with the budget being continued for

22 another 60 days.  So let's pick a date and then we need to

23 talk about the other matter and what to do on calendar the

24 employment of the accountants.

25      MR. GIVEN:  We have no objection to that, your

6

1  Honor.   If they want to go ahead and --

2          THE COURT:   Because they need the accountants.

3          MR. GIVEN:   Again, assuming that the Court's

4  satisfied with the disclosures.   We don't want to hold that

5  up and that may proceed as far as the bank's concerned.

6          THE COURT:   So you're withdrawing your objection

7  on that?

8          MR. GIVEN:   Yes.

9          THE COURT:   Any objection to granting that

10  application then?

11         MS. BUNKER:   No objection.

12         THE COURT:   Okay, I'll grant the application to

13  employ Gold and Gold as the accountants because we certainly

14  need their assistance in this process right now.   And I've

15  now come up with the understanding of all the different

16  entities and what work is being done for whom that I'm

17  comfortable approving that.   So thank you for the additional

18  information.

19         MR. SAHN:   Thank you, your Honor.

20         THE COURT:   So 36 days out -- my calendar's

21  getting crowded as everybody's trying to get in by the end

22  of the year.

23         MR. SAHN:   Your Honor, I was in front of Judge

24  Mund yesterday and her calendar was the size of a small

25  phone book.

7

1           THE COURT:  They all are.

2           MR. SAHN:  I've never seen anything like it.

3           MR. GIVEN:  We saw 100 cases yesterday.

4           THE COURT:  Yes, they're pretty much all getting

5  to be that way these days.

6           MR. GIVEN:  Unbelieveable.

7           THE COURT:  I'm trying to find different niches to

8  put things in.  When you come back we're going to have two

9  disclosure statement hearings or three?

10          MR. SAHN:  Two.

11          THE COURT:  Two plus a --

12          MR. GIVEN:  A SAR hearing.

13          THE COURT:  A SAR hearing.  So we'll need about an

14 hour or thereabouts.

15          MR. SAHN:  That's fair, your Honor.

16          THE COURT:  Okay.  We need to be in the week of

17 December 7th to have enough time, right?

18          MR. SAHN:  Yes, your Honor.

19          THE COURT:  How does December 9th at 1:00 o'clock

20 work for all of you?

21          MR. SAHN:  That's fine with us, your Honor.

22          MR. GIVEN:  That's fine, your Honor.

23          THE COURT:  Okay.  So it will be December 9th at

24 1:00 p.m.  And I hope I didn't put something on there this

25 morning.  Actually let me just check here.  I've moved so

8

1 many things this morning that I just want to make sure.  We

2 had a very busy calendar.  Okay, I have that down just for

3 you December 9th.  And, Mr. Sahn, why don't you do an order

4 so I'm sure that everything that needs to get moved is

5 moved.  And serve it on the right people in case I miss it

6 on the calendar.

7         MR. SAHN:  We'll do that.

8         THE COURT:  So, move all matters to 12-9.  And

9 then we'll vacate all the existing dates.  And there's

10 nobody on those other matters.  They're all motions that

11 were filed by Central Pacific Bank or the Debtor, right?

12         MR. SAHN:  Well the SAR motion was noticed to

13 everyone, but no one has objected.  But we'll give notice of

14 the continued hearing on that.

15         THE COURT:  So everybody is here that could object

16 to the continuance.

17         MR. GIVEN:  Correct.  I don't anticipate anybody

18 else because in that particular case we're definitely the

19 primary secured creditor.  I don't anticipate anybody else

20 having an interest in Riverfront of significance.

21         THE COURT:  Okay, good.  I just didn't want to

22 continue it if there was somebody here that needed to be

23 heard on the continuance.  And on the Gold and Gold you'll

24 upload an order and we'll get that taken care of.  Anything

25 else?

9

1          MR. SAHN:  That's it, your Honor.

2          THE COURT:  Great.  I'm really glad to hear the

3   news.  Thank you.

4          MR. SAHN:  Thank you, your Honor.

5          MR. GIVEN:  Thank you, your Honor.

6          MS. BUNKER:  Thank you, your Honor.

7      (Proceedings concluded.)

8

9          I certify that the foregoing is a correct

10   transcript from the electronic sound recording of the

11   proceedings in the above-entitled matter.

12

13   _____        _____11-13-09_____
     Transcriber                     Date

14

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
15
16   L. L. Francisco, President
     Echo Reporting, Inc.

17

18

19

20

21

22

23

24

25

| In re:<br><br>DAVID SCHWARTZMAN<br><br>                                                                     Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-16565 MT |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **CHAPTER 11 DEBTOR'S CASH FLOW BUDGET SUBSEQUENT TO DECEMBER 9, 2009 CONTINUED HEARING ON APPROVAL OF OPERATING BUDGET FOR BUSINESS AND PERSONAL BUDGET** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 19, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Katherine Bunker, Esq. – Office of the U.S. Trustee          kate.bunker@usdoj.gov
- Richard J. Bauer, Jr., Esq. – Courtesy NEF          rbauer@mileslegal.com
- Cynthia M. Cohen, Esq. – Courtesy NEF          cynthiacohen@paulhastings.com
- David K. Eldan, Esq. – Atty for Preferred Bank          malvarado@pmcos.com
- Heather Fowler, Esq. – Atty for General Electric Capital Corp.          heather.fowler@lw.com
- Bernard Given, Esq. – Atty for Central Pacific Bank          bgiven@frandzel.com
- Brian T. Harvey, Esq. – Atty for Cathay Bank          bharvey@buchalter.com
- Mark S. Horoupian, Esq. — Atty for Debtor          mhoroupian@sulmeyerlaw.com
- Edward P. Kerns, Esq. – Courtesy NEF          EdwardKerns@aol.com
- Joe M. Lozano, Esq. – Atty for VW Credit, Inc.          notice@NBSDefaultServices.com
- Douglas M. Neistat, Esq. – Courtesy NEF          twilliams@greenbass.com
- Office of the U.S. Trustee          ustpregion16.wh.ecf@usdoj.gov
- Maria K. Pum, Esq. – Atty for Comerica Bank          mpum@hcesq.com
- Victor A. Sahn, Esq. – Atty for Debtor          vsahn@sulmeyerlaw.com
- Steven F. Werth, Esq. — Atty for Debtor          swerth@sulmeyerlaw.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On November 19, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first-class postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA  91367-6606

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br><br>DAVID SCHWARTZMAN<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-16565 MT |
| --- | --- |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 19, 2009
_____
*Date*

Kathleen Fox
_____
*Type Name*

_____
*Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
KXF\ 527905.2

**F 9013-3.1**

**In re David Schwartzman
Case No. 1:09-bk-16565 MT
ALL CREDITOR LIST**

SKDOCS_WD-#530217-v1
[9640.2]

American Express
P.O. Box 0001
Los Angeles, CA  90096-8000

Aon Risk Srvs, Inc. of So. Cal. Ins. Svc.
Attn:  Charlene Nakamura-Bond Dept
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017

BAC Home Loans Servicing, LP
c/o Miles, Bauer, Bergstrom & Winters
1665 Scenic Ave., Suite 200
Costa Mesa, CA  92626

Bank of America
P.O. Box 15026
Wilmington, DE  19850-5026

Bentley Financial Services
P.O. Box 60144
City Of Industry, CA  91716-0144

Capmark Finance, Inc.
Attn:  Sheila Neumann
6955 Union Park Centre, Suite 450
Midvale, UT  84047

Cathay Bank
Attn:  Eddie Chang
9650 Flair Dr., 7th Floor
El Monte, CA  91731

Central Pacific Bank
Attn:  Curtis Chinn
220 S. King St.
Honolulu, HI  96813

Central Pacific Bank
c/o Peter Csato/Thomas M. Robins
Frandzel, Robbins, Bloom & Csato
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA  90048

Comerica Bank
Attn:  Steve Lekovsky
2000 Ave of the Stars, Suite 210
Los Angeles, CA  90067

Comerica Bank
Attn:  Maria Pum
P.O. Box 9144
Rancho Santa Fe, CA  92067

Countrywide Bank, FSB
P.O. Box 10219
Van Nuys, CA  91410-0219

E & R Construction & Mgmt., Inc.
c/o John Gaims, Esq.
1875 Century Park East, 12th Floor
Los Angeles, CA  90067

E & R Construction & Mgmt., Inc.
Attn:  Mr. Richard Spunt, President
22011 Ventura Blvd.
Woodland Hills, CA  91364

E&R Construction & Mgmt., Inc.
5825 W. Sunset Blvd.
Los Angeles, CA  90028

E&R Construction Mgmt.
c/o John Gaims, Esq.
1875 Century Park East 12th Floor
Los Angeles, CA  90067

East-West Bank
Attn:  Jason Tsai
135 N. Los Robles Ave., 7th Floor
Pasadena, CA  91101

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001

Fidelity National Title Ins. Co.
Attn:  Art Cheyne
1300 Dove St., 3rd Floor
Newport Beach, CA  92660

First Regional Bank
Attn:  Deni Schultz
515 Flower St., Suite 1200
Los Angeles, CA  90071

Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA  95812-2952

GCRE III, LLC
Attn:  Tom McGarrity
1350 Avenue of the Americas
New York, NY  10019

GE Business Financial Services, Inc
Attn:  Ingrid Carlino
500 W. Monroe St.
Chicago, IL  60661

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Jerry & Jon Monkarsh
9061 Santa Monica Blvd.
West Hollywood, CA  90069

Lehman Ali, Inc.
c/o Robert Keane, Esq.
Paul, Hastings, Janofsky & Walker
515 S. Flower St., 25th Floor
Los Angeles, CA  90071

Lehman Brothers Holdings, Inc.
399 Park Ave., 8th Floor
New York, NY  10022

Stephen B. Meister, Esq.
Meister Seeling & Fein LLP
140 E. 45th St., 19th Floor
New York, NY  10022

Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY  40290-1680

Noddle Surety & Ins. Services Inc.
Attn:  David Noddle
19507 Ventura Blvd.
Tarzana, CA  91356

Office of the U.S. Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Optical Communication Products, Inc
Attn:  Controller
6101 Variel Ave.
Woodland Hills, CA  91367

Preferred Bank
Attn:  Anna Choi
3926 Grand Ave., Suite E
Chino, CA  91710

US Bank, N A
P.O. Box 5229
Cincinnati, OH  45201

US Bank
PVT Client Group-Los Angeles, CA
P.O. Box 790179
Saint Louis, MO  63179-0179

VW Credit, Inc.
P.O. Box 829009
Dallas, TX  75382-9009

Ziegler Family Trust
Attn:  Richard A. Corleto, Trustee
15760 Ventura Blvd., Suite 801
Encino, CA  91436