| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian (CA Bar No. 175373)<br>  mhoroupian@sulmeyerlaw.com<br>Steve Burnell (CA Bar No. 286557)<br>  sburnell@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Tel.: 213.626.2311<br>Fax: 213.629.4520<br><br>☐ *Movant(s) appearing without attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>DAVID SCHWARTZMAN,<br><br>                                    Debtor(s) | CASE NO.: 1:09-bk-16565-MT<br>CHAPTER: 11<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. **On:** December 21, 2021 Movant(s) filed a motion entitled: Notice Of Motion And Motion In Chapter 11 Case For The Entry Of: An Order Closing Case On Interim Basis

3. A copy of the motion and notice of motion is attached hereto.

4. **On** December 21, 2021 , Movant(s) served a copy of ☐ the notice of motion or ☒ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than   17   days have passed since Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

sb 2732875v1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                              Page 1                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 18, 2022

/s/Steve Burnell
Signature

Steve Burnell
Printed name

sb 2732875v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian (CA Bar No. 175373)<br>mhoroupian@sulmeyerlaw.com<br>SulmeyerKupetz, A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tel: 213-626-2311<br>fax: 213-629-4520<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -** SAN FERNANDO VALLEY DIVISION ▼

| In re:<br>DAVID SCHWARTZMAN | CASE NO.: 1:09-bk-16565 MT |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF:**<br><br>☐ **A FINAL DECREE AND ORDER CLOSING CASE; OR**<br><br>☒ **AN ORDER CLOSING CASE ON INTERIM BASIS**<br><br>**[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** |
| | ☒ No hearing unless requested under LBR 9013-1(o)(4)<br>☐ Hearing Information:<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

1. ☒ **No Hearing Scheduled; Notice Provided under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    F 3022-1.1.MOTION.CLOSE.CH11.CASE

written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

2. ☐ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** (*specify*):

Date: 12-17-2021

Signature of Reorganized Debtor or trustee

David Schwartzman
Printed name of Reorganized Debtor or trustee

Date: 12/21/2021

Signature of attorney for Reorganized Debtor or trustee, if any

Mark S. Horoupian/SulmeyerKupetz, APC
Printed name of attorney for Reorganized Debtor or trustee, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 2    F 3022-1.1.MOTION.CLOSE.CH11.CASE

## MOTION IN CHAPTER 11 CASE FOR ENTRY OF:

☐ A FINAL DECREE AND ORDER CLOSING CASE; OR

☒ AN ORDER CLOSING CASE ON AN INTERIM BASIS

1. **Movant is the:** ☒ Reorganized Debtor    ☐ Chapter 11 trustee

2. **Postconfirmation Status of Bankruptcy Case:** Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

   a. The order confirming the plan of reorganization is final;

   b. All deposits required by the plan have been distributed;

   c. All property proposed by the plan to be transferred has been transferred;

   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

   e. All payments or other distributions under the plan have commenced; and

   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Relief Requested** (*check one box only*):

   a. ☐ **Motion for Entry of Final Decree In a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

   b. ☒ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4. **Evidence in Support of Motion:** Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.

Date: 12/21/2021

Signature of Reorganized Debtor or trustee,
or attorney for Reorganized Debtor or trustee

Mark S. Horoupian/SulmeyerKupetz, APC
Printed name of Reorganized Debtor or trustee,
or attorney for Reorganized Debtor or trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 3    F 3022-1.1.MOTION.CLOSE.CH11.CASE

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge:**

   a. I, (*name*) David Schwartzman
      make the following declaration in support of this motion.

   b. (1) ☒ I have personal knowledge of the following facts because I am the:

      ☒ Reorganized Debtor  ☐ Chapter 11 trustee

      (2) ☐ I am related to this bankruptcy case as the _____
          and I have personal knowledge of the following facts because (*specify*):

2. **Postconfirmation Status of Bankruptcy Case**: except as noted in the following paragraph,

   a. The order confirming the plan of reorganization is final;

   b. All deposits required by the plan have been distributed;

   c. All property proposed by the plan to be transferred has been transferred;

   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

   e. All payments or other distributions under the plan have commenced; and

   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):

4. **Facts Regarding Full Administration of Bankruptcy Case** (*check one box only*):

   a. ☐ **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary proceedings have been finally resolved.

   b. ☒ **The Bankruptcy Case Has Not Been Fully Administered:** All adversary proceedings have been resolved, but all motions and contested matters have not been finally resolved. It is contemplated that, at a later time, a motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested matter) may be filed and resolved.

5. **Exhibits** (if any). The following exhibits support facts asserted in this declaration:

   ☐ Exhibit **A:**
   ☐ Exhibit **B:**
   ☐ Exhibit **C:**
   ☐ Exhibit **D:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

12-17-2021    David Schwartzman    [signature]
Date          Printed Name          Signature

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                              Page 4                              F 3022-1.1.MOTION.CLOSE.CH11.CASE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **Notice Of Motion And Motion In Chapter 11 Case For The Entry Of : An Order Closing Case On Interim Basis** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 21, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard J Bauer, Jr on behalf of Interested Party Courtesy NEF
rbauer8899@gmail.com

Cynthia M Cohen on behalf of Creditor Lehman Brothers Holdings Inc. and Lehman ALI Inc.
ccohen@brownwhitelaw.com

Cynthia M Cohen on behalf of Interested Party Courtesy NEF
ccohen@brownwhitelaw.com

Ted A Dillman on behalf of Creditor GE Business Financial Services Inc.
Ted.dillman@lw.com

David K Eldan on behalf of Debtor David Schwartzman
david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov

Heather Fowler on behalf of Interested Party Courtesy NEF
heather.fowler@lw.com, colleen.rico@lw.com

Bernard R Given, II on behalf of Creditor Central Pacific Bank
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

Bernard R Given, II on behalf of Interested Party Courtesy NEF
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

Bernard R Given, II on behalf of Plaintiff Central Pacific Bank
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

Kelly C Griffith on behalf of Interested Party Bond Safeguard Insurance Co.
bkemail@harrisbeach.com

Brian T Harvey on behalf of Creditor Cathay Bank
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

Mark S Horoupian on behalf of Debtor David Schwartzman
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Defendant David Schwartzman
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

MRV 2730721v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                           F 9013-3.1.PROOF.SERVICE

Edward P Kerns on behalf of Interested Party Courtesy NEF
EdwardKerns@aol.com

Joe M Lozano, Jr on behalf of Creditor VW Credit, Inc.
notice@NBSDefaultServices.com

Kenneth Miller on behalf of Interested Party Courtesy NEF
kmiller@pmcos.com, efilings@pmcos.com

Douglas M Neistat on behalf of Interested Party Courtesy NEF
dneistat@gblawllp.com, mramos@gblawllp.com

Henry H Oh on behalf of Creditor The Joint Provisional Liquidators of Lehman Re Ltd.
hoh@soollp.com, dholland@soollp.com;jcurley@soollp.com

Maria K Pum on behalf of Creditor Comerica Bank
mpum@hcesq.com, jsinford@hcesq.com,ksak@hcesq.com

Thomas M Robins, III on behalf of Plaintiff Central Pacific Bank
trobins@frandzel.com, achase@frandzel.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV

Victor A Sahn on behalf of Debtor David Schwartzman
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inoruptcy.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Steven Werth on behalf of Debtor David Schwartzman
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 21, 2021 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 324
Woodland Hills, CA 91367

☐ Service information continued on attached page.

MRV 2730721v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 21, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED VIA E-MAIL**

- Ingrid Bagby, Esq. – Atty for Joint Provisional Liquidators of Lehman RE Ltd.  Ingrid.Bagby@cwt.com
- Richard A. Corleto, Trustee of the Ziegler Family Trust  rcorleto@cahlaw.com
- B. Jill MacGregor Draffin, Esq. — Atty for Preferred Bank  jmd@ffslaw.com
- John Gaims, Esq. – Atty for E & R Construction & Mgmt., Inc.  jgaims@gwwe.com
- Arthur A. Greenberg, Esq. – Greenberg & Bass LLC  agreenberg@greenbass.com
- Danielle Amarel Katzir, Esq. — Atty for Perimeter Group LA Master, LLC  dkatzir@gibsondunn.com
- Robert Keane, Esq. – Atty for Lehman ALI, Inc.  robertkeane@paulhastings.com
- Michele C. Maman – Atty for Joint Provisional Liquidators of Lehman RE Ltd.  Michele.Maman@cwt.com
- Gregory M. Petrick, Esq. – Atty for Joint Provisional Liquidators of Lehman RE Ltd.  gregory.petrick@cwt.com
- Betty M. Shumener, Esq. – Atty for Joint Provisional Liquidators of Lehman RE Ltd. betty.shumener@dlapiper.com
- David C. Voss Jr., Esq. – Atty for Breen Engineering, Inc.  dave@vsbllp.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2021 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

MRV 2730721v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 18, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard J Bauer, Jr on behalf of Interested Party Courtesy NEF
rbauer8899@gmail.com

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Cynthia M Cohen on behalf of Creditor Lehman Brothers Holdings Inc. and Lehman ALI Inc.
ccohen@brownwhitelaw.com

Cynthia M Cohen on behalf of Interested Party Courtesy NEF
ccohen@brownwhitelaw.com

Ted A Dillman on behalf of Creditor GE Business Financial Services Inc.
Ted.dillman@lw.com

David K Eldan on behalf of Debtor David Schwartzman
david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov

Heather Fowler on behalf of Interested Party Courtesy NEF
heather.fowler@lw.com, colleen.rico@lw.com

Bernard R Given, II on behalf of Creditor Central Pacific Bank
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

Bernard R Given, II on behalf of Interested Party Courtesy NEF
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

Bernard R Given, II on behalf of Plaintiff Central Pacific Bank
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

Kelly C Griffith on behalf of Interested Party Bond Safeguard Insurance Co.
bkemail@harrisbeach.com

Brian T Harvey on behalf of Creditor Cathay Bank
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

Mark S Horoupian on behalf of Debtor David Schwartzman
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Defendant David Schwartzman
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

Edward P Kerns on behalf of Interested Party Courtesy NEF
EdwardKerns@aol.com

Joe M Lozano, Jr on behalf of Creditor VW Credit, Inc.

sb 2732875v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2016                                                  Page 3                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**

notice@NBSDefaultServices.com

Kenneth Miller on behalf of Interested Party Courtesy NEF
kmiller@pmcos.com, efilings@pmcos.com

Douglas M Neistat on behalf of Interested Party Courtesy NEF
dneistat@gblawllp.com, mramos@gblawllp.com;tkrant@gblawllp.com

Henry H Oh on behalf of Creditor The Joint Provisional Liquidators of Lehman Re Ltd.
hoh@soollp.com, dholland@soollp.com;jcurley@soollp.com

Maria K Pum on behalf of Creditor Comerica Bank
mpum@hcesq.com, jsinford@hcesq.com,ksak@hcesq.com

Thomas M Robins, III on behalf of Plaintiff Central Pacific Bank
trobins@frandzel.com, achase@frandzel.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV

Victor A Sahn on behalf of Debtor David Schwartzman
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Steven Werth on behalf of Debtor David Schwartzman
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 18, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe
U.S. Bankruptcy Court
Bin on 1st Floor outside entry to Intake Section
21041 Burbank Blvd.
Woodland Hills, CA 91367

Via Email:

| | | |
|---|---|---|
| ➢ | Ingrid Bagby, Esq. – Atty for Joint Provisional Liquidators of Lehman RE Ltd. | Ingrid.Bagby@cwt.com |
| ➢ | Richard A. Corleto, Trustee of the Ziegler Family Trust | rcorleto@cahlaw.com |
| ➢ | B. Jill MacGregor Draffin, Esq. — Atty for Preferred Bank | jmd@ffslaw.com |
| ➢ | John Gaims, Esq. – Atty for E & R Construction & Mgmt., Inc. | jgaims@gwwe.com |
| ➢ | Arthur A. Greenberg, Esq. – Greenberg & Bass LLC | agreenberg@greenbass.com |

sb 2732875v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

| | | |
|---|---|---|
| ➢ | Danielle Amarel Katzir, Esq. — Atty for Perimeter Group LA Master, LLC | dkatzir@gibsondunn.com |
| ➢ | Robert Keane, Esq. – Atty for Lehman ALI, Inc. | robertkeane@paulhastings.com |
| ➢ | Michele C. Maman – Atty for Joint Provisional Liquidators of Lehman RE Ltd. | Michele.Maman@cwt.com |
| ➢ | Gregory M. Petrick, Esq. – Atty for Joint Provisional Liquidators of Lehman RE Ltd. | gregory.petrick@cwt.com |
| ➢ | Betty M. Shumener, Esq. – Atty for Joint Provisional Liquidators of Lehman RE Ltd. | betty.shumener@dlapiper.com |
| ➢ | David C. Voss Jr., Esq. – Atty for Breen Engineering, Inc. | dave@vsbllp.com |

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 18, 2022 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

sb 2732875v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 5           **F 9013-1.2.NO.REQUEST.HEARING.DEC**