

1  Mark S. Horoupian (CA Bar No. 175373)
    mhoroupian@sulmeyerlaw.com
2  Steve Burnell (CA Bar No. 286557)
    sburnell@sulmeyerlaw.com
3  **SulmeyerKupetz**
   A Professional Corporation
4  333 South Grand Avenue, Suite 3400
   Los Angeles, California  90071
5  Telephone:     213.626.2311
   Facsimile:      213.629.4520
6
   Attorneys for Reorganized Debtor
7

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:09-bk-16565 MT |
|---|---|
| DAVID SCHWARTZMAN, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION FOR ENTRY OF AN ORDER CLOSING CASE ON INTERIM BASIS**<br><br>[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]<br><br>**Hearing Information:**<br>No hearing requested under LBR 9013-1(o)(4) |

The Court, having considered the *"Notice of Motion and Motion In Chapter 11 Case for the Entry of An Order Closing Case on Interim Basis"* (the "Motion") [Dkt. no. 429] filed by David Schwartzman, the reorganized debtor in the above-captioned case (the "Debtor"), on December 21, 2021, and the separately filed declaration of Steve Burnell attesting to the lack of any objection to the Motion or request for hearing in support thereof [Dkt. No. 430], and after finding that notice was proper and no objection to the Motion was timely filed by any creditors or parties in interest, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted, and

sb 2732880v1

**IT IS HEREBY FURTHER ORDERED** that the Debtor's chapter 11 case is closed on an interim basis, effective upon entry of this order. The Debtor may move to reopen the bankruptcy case at a later time so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

### # #

JAN 19 2022

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

sb 2732880v1

2